28674. SILVER *et al. v.* FORD *et al.*

FELTON, J. This case is governed by the rulings in *Silver* v. *Ford*, No. 28673, the questions raised being the same in both cases.

*Judgment affirmed. Stephens, P. J., and Sutton, J., concur.*

DECIDED FEBRUARY 15, 1941. REHEARING DENIED MARCH 29, 1941.